IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN JACKSON,<br><br>  Petitioner,<br>v.<br><br>INTERIM WARDEN SHANE DADY<br>And DISTRICT ATTORNEY OF<br>ALLEGHENYCOUNTY<br><br>  Respondents. | )<br>)<br>)<br>)  Civil Action No. 24-638<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM ORDER

Steven Jackson (Petitioner) has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The case was referred to Magistrate Judge Maureen P. Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D. Magistrate Judge Kelly issued a Report and Recommendation, filed July 24, 2025, recommending that Petitioner's action be dismissed as moot. ECF No. 12. Objections to the Report and Recommendation were due by August 11, 2023. Petitioner has not filed Objections.

After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 25th day of August 2025,

IT IS ORDERED that the Report and Recommendation, ECF No. 12, filed on July 24, 2025, by Magistrate Judge Kelly, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that Petitioner's Section 2241 Habeas Petition is hereby dismissed as moot, as explained in the Report. A certificate of appealability is DENIED, as jurists of reason would not disagree with the analysis of the Report.

2

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within thirty days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

The Clerk of Court shall mark this case CLOSED.

s/*Marilyn J. Horan*  
Marilyn J. Horan  
United States District Court Judge

Steven Jackson  
184534  
Allegheny County Jail  
950 Second Avenue  
Pittsburgh, PA 15219